**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
RACHEL L. SHELSTAD, SB #13399
Rachel.Shelstad@qpwblaw.com
LAINA T. LEAVITT, SB #12295
Laina.Leavitt@qpwblaw.com
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
Telephone: 702.751-3003
Facsimile: 702.751-3004
*Attorneys for Defendant*
*Walmart, Inc. dba Wal-Mart Stores*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Bobby Puckett, an individual, | Case No: 2:25-cv-01242-JAD-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Walmart, Inc. dba Wal-Mart Stores; Does I through XXX, inclusive and Roe Business Entities I through XXX, | ECF No. 8 |
| Defendants. | |

Plaintiff BOBBY PUCKETT and Defendant WALMART INC., by and through their respective counsel of record, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against all Defendants, is hereby dismissed with prejudice as to future action, with the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1

the parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted this ___7th___ day of April, 2026.

| LADAH LAW FIRM | QUINTAIROS, PRIETO, WOOD & BOYER, P.A |
|---|---|
| /s/ Cassandra S.M. Cummings | /s/ Laina T. Leavitt |

| CASSANDRA S.M. CUMMINGS | LAINA T. LEAVITT |
|---|---|
| Nevada Bar No. 11944 | Nevada Bar No. 12295 |
| 517 South Third Street | 2370 Corporate Circle, Suite 160 |
| Las Vegas, NV 89101 | Henderson, Nevada 89074 |
| (702) 252-0055 | (702) 751-3003 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **ORDER**

Based on the parties' stipulation [ECF No. 9] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
United States District Judge Jennifer A. Dorsey
April 8, 2026


QPWB
ATTORNEYS

2